**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Shaka, ) | No. CV-10-2253-PHX-SMM (LOA) |
| Plaintiff, ) | **ORDER** |
| vs. ) |  |
| Charles L. Ryan, et. al, ) |  |
| Defendant. ) |  |

      This matter arises from Plaintiff's "Notice to the Court of Shaka's Legal Name Change and Request for Updated Docket Index." (Doc. 171)

      Plaintiff filed a Prisoner Civil Rights Complaint pursuant to 42 U.S.C. § 1983 on October 21, 2010. (Doc. 1) Plaintiff seeks to notify the Court of his legal name change to "Shaka" and that he has no first or middle name. Plaintiff previously notified the Court of his legal name change on October 28, 2010. (Doc. 7) However, Plaintiff is now pointing out that on occasion in the caption of the District Court's orders his name is listed as an "also known as." He asks the Court to discontinue this practice.

      The Court takes judicial notice of the filings herein reflecting Plaintiff's name change, doc. 7, and notifies Plaintiff that his name is listed as "Shaka" on the Clerk of Court docket, but the Court acknowledges that on occasion, Plaintiff's name has been included in the caption of the Court order as "also known as." The Court will attempt to rectify this discrepancy and list him as "Shaka" in future court orders.

1    Plaintiff additionally requests that he be provided an updated docket index so that he
2 may reference the pleadings by their appropriate docket number. The Court will grant
3 Plaintiff's request and will direct the Clerk of Court to mail a current copy of the public
4 docket to Plaintiff.

5    Accordingly,

6    **IT IS ORDERED** that Plaintiff's request that the Court refrain from using anything
7 other than Shaka in the caption is **GRANTED.**

8    **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a
9 current copy of the viewable public docket to Plaintiff.

10   Dated this 20th day of July, 2012.

*[signature]*
Lawrence O. Anderson
United States Magistrate Judge

- 2 -