WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shaka,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　　Defendants. | No.  CV 10-2253-PHX-SMM<br><br>**O R D E R** |

Plaintiff Shaka, who is currently confined in the Arizona State Prison Complex-Yuma ("ASPC-Yuma"), brought this civil rights case pursuant to 42 U.S.C. § 1983.  On March 4, 2015, the Court granted Defendants' Motion for Summary Judgment, denied Plaintiff's Cross-Motion for Summary Judgment, and directed the Clerk of Court to enter Judgment. (Doc. 312.)  The Clerk of Court entered Judgment that same day. (Doc. 313.)  On March 13, 2015, Plaintiff filed a Notice of Appeal with the Ninth Circuit Court of Appeals. (Doc. 314.)  On March 19, 2015, Plaintiff filed a "Request for Certificate of Appealibility (C.O.A.)." (Doc. 316.)

Plaintiff's request will be denied.  The requirements for a certificate of appealability apply to claims for habeas corpus relief, rather than claims brought pursuant to 42 U.S.C. § 1983.  *See, e.g.*, *Stein v. Quinn*, 2007 WL 1725553, at *1 (W.D. Wash. June 11, 2007); *Harnden v. Key*, 2009 WL 929070, at *1 (E.D. Cal. 2009).

. . . .

. . . .

1   **IT IS THEREFORE ORDERED** that Plaintiff's "Request for Certificate of
2   Appealibility (C.O.A.)" (Doc. 316) is **denied**.
3   DATED this 24th day of March, 2015.

_____
Honorable Stephen M. McNamee
Senior United States District Judge